

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00425-CV

| | | |
|---|---|---|
| University of Texas at Arlington | § | From the 352nd District Court |
| | § | of Tarrant County (352-248890-10) |
| v. | § | March 28, 2013 |
| Sandra Williams and Steve Williams | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant University of Texas at Arlington shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By_____
Justice Lee Ann Dauphinot